

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00136-CV

| | | |
|---|---|---|
| Frank Reed and Karen Reed | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2013-004939-3) |
| v. | | |
| | § | December 28, 2017 |
| Lake Country Property Owners Association, Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Frank Reed and Karen Reed shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel